# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | ☑ Violation Notice  ☐ Information  ☐ Complaint |
| vs<br>STERLING BAKER<br>Defendant | Case Number  23-PO-136-KHR |
| Violation Charged: Trespass on a Refuge<br>Noncompliance with Refuge Specific Regulations | Citation Number  WER 9243531<br>WER 9243532 |
| Date Violation Notice Issued  05/01/2021 | Place   Flat Creek |

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time  10:35 - 11:01 AM                  Interpreter  N/A
Date  June 20, 2023                     Interpreter Telephone  N/A

Before the Honorable  Kelly H. Rankin

| MiYon Bowden | N/A | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Michael Elmore | N/A | N/A |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear     Warrant issued on
☑ Appeared   ☐ By telephone
             ☑ Voluntarily   ☐ In Custody
☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing
             ☐ FPD   ☐ PANEL-CJA   ☐ RETAINED
☑ Attorney waived

☑ Court orders case continued to   Sep 18, 2023   at   9:00 AM
    reason:   Zoom bench trial

☐ Bail is set at
             ☐ P/R-No Amount   ☐ Unsecured   ☐ Cash/Surety
☐ Conditions of release

WY 59                                                                                          Rev. 10/17/2022

Petty Offenses/Misdemeanors Minute Sheet
23-PO-136-KHR

> **COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
> ☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> ☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> This consent was made   ☐ orally     ☐ in writing

☑ Informed of charges and rights    Date  June 20, 2023
☑ Defendant arraigned               Date  June 20, 2023
☑ Court accepts plea         Court enters   ☐ Guilty        ☑ Not Guilty Plea
☐ Trial     Witnesses

☑ Disposition
  ☑ Not Guilty- Court enters not guilty plea on behalf of defendant, as defendant refused to plead.  WER9243531
  ☐ Guilty                                                                                            WER9243532
  ☐ Dismissed
  ☐ Collateral Forfeited
  ☐ *Nolo Contendere*
☐ PSI ordered
☐ Sentence     Date
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
     ☐ With Supervision        ☐ Without Supervision
☐ Special Conditions of Probation

☐ Fine                  Payable
☐ Restitution           To
☐ Community Service     To
☐ Special Assessment
☐ Processing fee: $
☐ Defendant advised of right to appeal
☑ Other  Defendant refused to submit the completed Defendant Information form, signed Statement of Rights or signed Waiver of Counsel.  Defendant waived legal representation in open court. Sterling Baker appeared with defendant Mitchell Baker (23-po-135) for this proceeding.