# United States District Court
## For The District of Wyoming



### Kelly H. Rankin, Chief United States Magistrate Judge

---

Abby Logan, Courtroom Deputy  
FTR, Court Reporter

September 18, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA | Government Attorney: |
| Plaintiff, | Ariel Calmes |
| vs. | Case No. L:23-PO-00135-KHR/ |
| | L:23-PO-00136-KHR |
| MITCHELL BAKER/ | Defendants' Attorneys: |
| STERLING BAKER, | Pro se |
| Defendants. | |

---

### COURTROOM MINUTES
### BENCH TRIAL

---

| | |
|---|---|
| 9:26 a.m. | Court begins with all participants appearing via ZOOM. |
| 9:27 a.m. | Defendants issued the oath by the Courtroom Deputy. |
| 9:28 a.m. | Judge asks the defendants questions to confirm that they understand what is going on today. |
| 9:30 a.m. | Defendants confirm to Judge Rankin that they still wish to continue in this matter with a video trial today and they confirm as does the attorney for the United States. |
| 9:31 a.m. | Opening statement waived by the attorney for the United States. |
| 9:32 a.m. | Opening statement waived by Mitchell Baker. |
| 9:33 a.m. | Opening statement by Sterling Baker. |
| 9:34 a.m. | **Fish and Wildlife Services Officer Joshua Roth called by Ariel Calmes for the Government.** Sworn in by the Courtroom Deputy. |

| | |
|---|---|
| 9:35 a.m. | Direct examination of Officer Roth by the Government. Government Exhibit 1, 2 offered, no objections, admitted by the Court. |
| 10:09 a.m. | Judge Rankin asks clarifying questions of Officer Roth. |
| 10:10 a.m. | Cross examination of Officer Roth by Mitchell Baker. |
| 10:22 a.m. | Cross examination of Officer Roth by Sterling Baker. |
| 10:35 a.m. | Re-direct examination of Officer Roth by Ariel Calmes for the Government. |
| 10:37 a.m. | No follow-up questions by Mitchell Baker. Sterling Baker asks a follow-up question and Officer Roth responds. |
| 10:40 a.m. | Officer Roth excused from the witness stand. Government rests. |
| 10:41 a.m. | Judge turns to the defendants and asks if they wish to call any witness including themselves. Judge informs them of their rights to remain silent. |
| 10:42 a.m. | Mitchell Baker informs the Judge that he does not wish to call any outside witness nor himself. **Sterling Baker informs the Judge that he will call his brother, Mitchell Baker** and Judge advises them both accordingly. |
| 10:43 a.m. | Direct examination of Mitchell Baker by Sterling Baker. Defense Exhibit 5 offered, objected to, admitted by the Court. |
| 10:51 a.m. | Cross examination of Mitchell Baker by Ariel Calmes for the Government. |
| 10:59 a.m. | Follow-up questions of Mitchell Baker by Sterling Baker. |
| 11:02 a.m. | Mitchell Baker excused from the witness stand. Sterling Baker rests. |
| 11:03 a.m. | Government recalls Officer Roth and the officer is reminded by the Judge that he remains under oath. Direct examination of Officer Roth by Ariel Calmes for the Government. |
| 11:04 a.m. | Judge asks follow-up of Officer Roth and the officer responds. |
| 11:07 a.m. | Mitchell Baker asks follow-up of Officer Roth and the officer responds. |
| 11:08 a.m. | Sterling Baker asks follow-up of Officer Roth and the officer responds. |
| 11:09 a.m. | Re-direct by Ariel Calmes for the Government. |
| 11:10 a.m. | Evidence closed. Closing argument by Ariel Calmes for the Government. |

| | |
|---|---|
| 11:11 a.m. | Closing argument by Mitchell Baker. |
| 11:12 a.m. | Closing argument by Sterling Baker. |
| 11:14 a.m. | Rebuttal closing argument by Ariel Calmes for the Government. |
| 11:16 a.m. | Judge addresses the parties. |
| 11:24 a.m. | Judge finds the Government has met its burden of proof and finds both defendants guilty beyond a reasonable doubt. |
| 11:25 a.m. | Mitchell Baker addresses the Court before Sentencing. |
| 11:26 a.m. | Sterling Baker addresses the Court before Sentencing. |
| 11:28 a.m. | Ariel Calmes makes sentencing recommendations to the Court. |
| 11:31 a.m. | Judge speaks to the defendants. |
| 11:32 a.m. | Mitchell Baker responds. |
| 11:33 a.m. | Sterling Baker responds. |
| 11:34 a.m. | Government responds. |
| 11:34 a.m. | The Judge sentences both defendants to the following. 2 years unsupervised probation with the following special conditions: 1. Violate no federal, state, local or tribal law. 2. Pay the $50 monetary obligation ($30 processing fee, $10 special assessment per citation) due on or before 9/25/23. 3. Not access or be permitted on the lands of the National Elk Refuge (need proper name) for a period of 2 years. |
| 11:40 a.m. | Judge informs defendants of their right to appeal. |
| 11:41 a.m. | Court recessed. |