**FILED**



*12:48 pm, 9/18/23*

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs | Case Number(s): 23-PO-136-KHR |
| STERLING BAKER | Defendant's Attorney(s) |

## JUDGMENT IN A CRIMINAL CASE

THE DEFENDANT was found guilty on violations WER 92435231 and WER 9243532 after pleas of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Violation Number |
|---|---|---|---|
| 50 CFR 26.21(a) | Trespass on a Refuge | 5/1/2021 | WER 9243531 |
| 50 CFR 26.22(a) | Non-compliance with Refuge Specific Regulations | 5/1/2023 | WER 9243532 |

The defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

September 18, 2023
Date of Imposition of Sentence

Kelly H. Rankin
Chief United States Magistrate Judge

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of two (2) years.

While on probation, the defendant shall not commit another federal, state, tribal, or local crime.

The defendant shall make special assessment and processing fee payments as ordered by the Court and is required to notify the Court of any material change in the defendant's economic circumstances that might affect the defendant's ability to meet these monetary obligations.

The defendant is banned from entering the lands of the National Elk Refuge for a period of two (2) years

The defendant shall comply with the standard conditions that have been adopted by this court.

## FINANCIAL PENALTIES

The defendant shall pay the following total financial penalties in accordance with the schedule of payments set out below.

| Citation Number | Assessment | Processing Fee | Restitution | Community Service Payment | Fine | Total Amount Due |
|---|---|---|---|---|---|---|
| 9243531 NOTES: | $5.00 | $15.00 | | | $5.00 | $25.00 |
| 9243532 NOTES: | $5.00 | $15.00 | | | $5.00 | $25.00 |
| **Totals:** | $10.00 | $30.00 | | | $10.00 | $50.00 |

## FINE, RESTITUTION, and COMMUNITY SERVICE PAYMENT

The fine and/or restitution includes any costs of incarceration and/or supervision. The fine, which is due immediately, is inclusive of all penalties and interest, if applicable. Restitution, if applicable, is for response, assessment, restoration and monitoring activities for injuries to park system resources.

## SCHEDULE OF PAYMENTS

The total fine and other monetary penalties shall be due in full no later than September 25, 2023.

_____

### MONETARY OBLIGATIONS  /  FORFEIT PROPERTY

$50.00  due in full not later than September 25, 2023, payable to the Central Violations Bureau, P.O. Box 780549, San Antonio,  TX 78278.  Payment(s) can also be made at www.cvb.uscourts.gov or by calling (800) 827-2982, and shall reference the defendant's violation number(s), 9243529 and 9243530